# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

**V.**

CASE NUMBER: 1:18-mj-00092

COURTNEY WILSON

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From between on or about July 7, 2017, and on or about July 9, 2017, in Delaware County, in the Southern District of Indiana defendant did,

Count 1: Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

Count 2: Possession of a Firearm While in the Commission of a Drug Trafficking Offense, in violation of Title 18, United Stated Code, Section 924(c)(1)(A)

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

SA Jon K. Sacchini, FBI

**Sworn to before me, and subscribed in my presence**

January 29, 2018
**Date**

at   Indianapolis, Indiana

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT

I, Jon K. Sacchini, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1.     **Affiant**:  I, Jon K. Sacchini, am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2.     I have been employed as a Special Agent of the FBI since July 2014, and have been assigned to the Indianapolis Field Office since graduation from the FBI Academy.  While working in the Indianapolis Field Office, I have been assigned to the Gang and Criminal Enterprise Squad, which encompasses the FBI Safe Streets Gang Task Force ("SSTF").  Prior to my employment with the FBI, I was employed as a Highway Patrolman with the Arizona Highway Patrol, Department of Public Safety ("DPS") for over six and a half years.

3.     **Information Provided**:  The statements in this affidavit are based on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses.  Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.

4.     **Relief Requested**:  I request the Court to issue a Criminal Complaint and Arrest Warrant charging Courtney Wilson with possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and possession of a firearm during and in relation to a drug trafficking offense in violation of Title 18, United States Code, Section 924(c).

5.      **Background:**   In early July 2017, members of the Delaware County Sheriff's Office Drug Unit (DCDU) learned that Courtney Wilson, a/k/a Courtney Cooper a/k/a Courtney Cooper-Fox (hereafter "Wilson") was supplying crack cocaine to a third party drug distributor. Subsequent surveillance operations and local database records confirmed Wilson resided at 1703 E. 14th Street, Muncie, Indiana 47302.

6.      On July 7, 2017, DCDU investigators conducted a controlled buy of narcotics from Wilson using a confidential human source (CHS). During the initial stages of the transaction, physical surveillance units observed Wilson walk out of an apartment located at 1703 E. 14th Street, Muncie, Indiana, get into the driver's seat of a gold Chevrolet Malibu bearing Indiana license plate 394NFS, and drive to a prearranged meeting location.  Upon arrival, Wilson met with the CHS and provided her/him with two separate baggies, each containing a crystal like substance.[1]  Wilson then briefly discussed drug pricing with the CHS before departing the meeting location and returning to the 1703 E. 14th Street address as noted by surveillance units.

7.      On July 9, 2017, an investigator conducting surveillance on 1703 E. 14th Street observed Wilson arrive in the gold Malibu and park adjacent to the apartment. Wilson then walked from the vehicle and entered the apartment.  A short while later, an investigator continuing surveillance on the apartment observed Wilson standing out in front of the apartment complex with Eddie Wilson.[2]  An undercover officer later approached Wilson while she was standing out front and acted as though he was looking for a specific apartment within the complex.  Wilson responded she didn't know the location of the apartment he was referring to but pointed to her own

---

[1] DCDU detectives field tested each substance and determined one to contain .2 grams of methamphetamine and the other contained .8 grams of crack cocaine.

[2] 1703 E. 14th Street, Apt. 12, was later identified from a leasing contract and Indiana BMV vehicle registration returns as the address of record for Eddie Wilson. A law enforcement database query listed Eddie Wilson as the spouse of Courtney Wilson.  An Indiana BMV records check showed Courtney Cooper (Wilson) as listed at the same address.

2

apartment entrance and stated she lived in apartment #12.  Based upon the controlled buy from July 9, coupled with physical surveillance of Wilson coming and going from the target address over the following two days, DCDU detectives then obtained an arrest warrant for Courtney Wilson for dealing in methamphetamine and dealing in cocaine.[3]

8.      Shortly before midnight on July 9, 2017, DCDU executed the arrest warrant at 1703 E. 14th Street, Apt. #12 once it was confirmed that Wilson was inside the residence. Upon entry, a DCDU entry team member immediately identified Courtney Wilson standing in the front room of the apartment. As the arresting officer began issuing commands for Wilson to get on the ground, the officer observed the handle of a handgun protruding from the bra Wilson was wearing. Once Wilson was detained, the handgun was removed from her bra and identified as a Ruger .380 II, serial number 380083321.[4]   During a search for other occupants of the apartment, officers found a glass jar containing plant material in the front room and two baggies of similar plant material in the southeast bedroom in plain view.  In the northeast bedroom, a plate was found in plain view that was coated in a white powdery substance.[5]

9.      On July 10, 2017, shortly after she was taken into custody, Wilson was driven to the Delaware County Sheriff's Office where DCDU detectives conducted an interview with her. After being advised of her custodial rights and then waiving those rights, Wilson advised there was methamphetamine hidden in a box in one of the closets that may weigh as much as 10 grams. She also advised the powder on the plate found in the northeast bedroom was what she believed to

---

[3] On July 09, 2017, an arrest warrant for Courtney Cooper-Fox, (Courtney Wilson a/k/a Courtney Cooper) was issued by the Honorable Thomas Cannon Jr., Delaware County Circuit Court #5, docket number, 18C05-1701-MC-003.

[4] A firearms trace check is pending with ATF.

[5] Field tests revealed the plant material to be 14 grams of marijuana and the white powdery substance to be 9.7 grams of cocaine.

3

be crack cocaine.[6]  Later that morning, DCDU investigators executed a search warrant at 1703 E. 14th Street, Apt. #12.[7]  DCDU investigators located a lock box in the back bedroom closet.  Inside the lock box, investigators located several baggies of a clear rocklike substance weighing 70 .3 grams and testing positive for methamphetamine.  Also in the lock box was a plastic baggie containing an off white powdery substance that weighed 12.3 grams and tested positive for fentanyl.  Another plastic baggie also found in the lock box weighed 5.4 grams and tested positive for cocaine.  In the kitchen, investigators located a plastic bag containing nine (9) used syringes.

10.    **Conclusion**: Based upon the foregoing, your affiant request this Court to issue an Arrest Warrant and Criminal Complaint charging Courtney Wilson, a.k.a Courtney Cooper, with possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and possession of a firearm while in the commission of a drug trafficking offense in violation of Title 18, United Stated Code, Section 924(c)(1)(A).

Jon K. Sacchini
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 29th day of January, 2018.

Hon. Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[6] An audio-video recording of the interview was captured by DCDU detectives and provided to the case agent.

[7] On July 10, 2017, a search warrant for 1703 E. 14th Street, Apt. #12, Muncie, Indiana, was issued by the Honorable Thomas Cannon Jr, Delaware County Circuit Court #5, docket number, 18C05-1701-MC-003.